**Robert D. THOMPSON,**
**Plaintiff-Appellant,**

v.

**UNITED STATES of America,**
**Defendant-Appellee.**

**No. 16-1786**

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Robert D. Thompson, Appellant Pro Se. Sarah A. Marquardt, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert D. Thompson appeals the district court's order denying relief on his complaint filed pursuant to the Federal Tort

Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thompson v. United States, No. 1:15-cv-02181-RDB (D. Md. May 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED